**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Lewis T. Babcock, Chief Judge**

Civil Case No. 04-cv-00105-LTB-MJW

EAST WEST RESORT TRANSPORTATION, LLC, doing business as
COLORADO MOUNTAIN EXPRESS and/or
CME PREMIER and/or
PREMIER VIP TRANSPORTATION and/or
RESORT EXPRESS a/k/a
COLORADO MOUNTAIN EXPRESS, LLC

     Plaintiff

v.

RON BINZ,
POLLY PAGE, and
CARL MILLER, in their official capacities as Commissioners of the Public Utilities Commission of the State of Colorado;

     Defendants.

_____

**Order**
_____

     Plaintiffs' motion for preliminary injunction (Docket #7) is DENIED, WITHOUT PREJUDICE.

     The parties shall submit cross motions for summary judgment, containing stipulated facts, no later than May 25, 2007.

     The parties shall file response briefs no later than June 15, 2007.

     The parties shall file reply briefs no later than June 25, 2007.

**DONE and ORDERED,** this ___30th___ day of March 2007 at Denver, Colorado.

                                                s/Lewis T. Babcock
                                            United States District Chief Judge