# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cv-00105-LTB-MJW

EAST WEST RESORT TRANSPORTATION, LLC, doing business as
COLORADO MOUNTAIN EXPRESS and/or
CME PREMIER and/or
PREMIER VIP TRANSPORTATION and/or
RESORT EXPRESS a/k/a
COLORADO MOUNTAIN EXPRESS, LLC,

       Plaintiff,

v.

RON BINZ,
POLLY PAGE, and
CARL MILLER, in their official capacities as Commissioners of the Public Utilities Commission
of the State of Colorado;

       Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      The Unopposed Motion to File Administrative Record as Submitted to the Surface Transportation Board of the United States Department of Transportation as Conventionally Submitted Materials (Doc 68 - filed May 16, 2007) is **GRANTED**.




Dated:  May 17, 2007
_____