**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  04-cv-00105-LTB-MJW

EAST WEST RESORT TRANSPORTATION, LLC, doing business as
COLORADO MOUNTAIN EXPRESS and/or
CME PREMIER and/or
PREMIER VIP TRANSPORTATION and/or
RESORT EXPRESS a/k/a
COLORADO MOUNTAIN EXPRESS, LLC,

       Plaintiff,

v.

GREGORY E. SOPKIN,
POLLY PAGE, and
JIM DYER, in their official capacities as Commissioners of the Public Utilities Commission of the State of Colorado; and

THE PUBLIC UTILITIES COMMISSION OF THE STATE OF COLORADO,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

       The Stipulated Motion to Stay Proceedings (Doc 106 - filed September 28, 2007) is **GRANTED**.  This matter is **STAYED** until further order of Court.

Dated:  October 1, 2007
_____